United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                               Case No. **09-05186 SEK**

**GUADALUPE BERRIOS, MAYRA IVELISSE**              Chapter **13**
                            Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☑ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____        ☑ AMENDED PLAN DATED: **10/01/2009**
☐ PRE ☐ POST-CONFIRMATION                      Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **450.00** x **24** = $ **10,800.00**
$ **550.00** x **36** = $ **19,800.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **30,600.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **30,600.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ **2,900.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**COOP A/C DE LA CASA DEL TRABAJADOR**
5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**RELIABLE FINANCIAL**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☑ Co-debtor Claims / ☐ Other: _____
☑ Paid 100% / ☐ Other: _____
Cr. **COOP A/C DE LA CASA DEL TRABAJADOR**   Cr. _____
# **6689**                                           #
$ **17,373.82**      $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.**

Signed: _____
        Debtor

_____
        Joint Debtor

**ANY POST PETITION TAX RETURNS THAT MAY PROSPECTIVELY ARISE FROM ANY TAX REFUND FOR THE DURATION OF THE PLAN WILL BE USED AS NEEDED TO FUND THE PLAN IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS, AFTER ITS CONFIRMATION AND WITHOUT THE NEED FOR ANY FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE.**

Attorney for Debtor **Marilyn Valdes-Ortega Law Offices**         Phone: **(787) 758-4400**

AMENDED CHAPTER 13 PAYMENT PLAN

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**<br><br>MAYRA IVELISSE GUADALUPE BERRIOS<br><br>Debtor(s) | **CASE NUM.:09-05186 SEK**<br><br>**CHAPTER 13 (ASSET CASE)** |

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the **Chapter 13,AMENDED PLAN DATED** 10/01/2009

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 2nd day of October, 2009.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **Jose R. Carrion, Esq.**, US Trustee **Monsita Lecaroz Arribas** and I hereby certify that I have mailed by regular mail to all creditors listed on the Master Address List.

**RESPECTFULLY SUBMITTED.**

*/S/MARILYN VALDES ORTEGA*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144

```
Label Matrix for local noticing          BANCO BILBAO VIZCAYA                     RECOVERY MANAGEMENT SYSTEMS CORP
0104-3                                   ANGEL VAZQUEZ BAUZA ESQ                  25 SE 2ND AVE STE 1120
Case 09-05186-SEK13                      PO BOX 191017                            MIAMI, FL 33131-1605
District of Puerto Rico                  SAN JUAN, PR 00919-1017
Old San Juan
Wed Sep 30 13:32:41 AST 2009

RELIABLE FINANCIAL SERVICES              US Bankruptcy Court District of P.R.     AEELA
CARLOS E PEREZ PASTRANA                  U.S. Post Office and Courthouse Building DEPARTAMENTO MASTER CARD
PO BOX 21382                             300 Recinto Sur Street, Room 109         P.O. BOX 362766
SAN JUAN, PR 00928-1382                  San Juan, PR 00901-1964                  SAN JUAN, PR  00936-2766


AEELA                                    AT & T                                   AVON PRODUCTS, INC.
P O BOX 364508                           PO BOX 772349                            PPO BOX 363774
SAN JUAN PR 00936-4508                   OCALA, FL  34477-2349                    SAN JUAN, PR  00936-3774



BANCO BILBAO VIZCAYA ARG                 BBVA BANCO                               BBVA BANCO
ANGEL M VAZQUEZ BAUZA                    PO BOX 364745                            PO BOX 71113
PO BOX 191017                            SAN JUAN, PR  00936-4745                 SAN JUAN, PR 00936-8013
SAN JUAN PR  00919-1017


COOP A/C DE LA CASA DEL TRABAJADOR       COOPERATIVA AC DEPARTAMENTO DEL TRABAJO  DEPARTAMENTO DE HACIENDA
PO BOX 21346                             P O BOX 195540                           PO BOX 9024140
SAN JUAN, PR 00928-1346                  SAN JUAN PR 00919-5540                   OFICINA 424 B
                                                                                  SAN JUAN, PR 00902-4140


EDDIE GUADALUPE CRUZ                     FALCON COLLECTION AGENCY                 FEDERAL LITIGATION DEPT OF JUSTICE
CALLE 15 #603                            RR 4 BOX 26040                           PO BOX 9020192
PARCELAS HILL BROTHER                    TOA ALTA, PR  00953-9471                 SAN JUAN, PR  00902-0192
SAN JUAN, PR 00924-3951


INTERNAL REVENUE SERVICE                 MONEY EXPRESS                            MONEY EXPRESS
MERCANTIL PLAZA BLDG, ROOM 1014          BANKRUPTCY DIVISION                      PO BOX 9146
2 PONCE DE LEON AVE.  STOP 27 1/2        PO BOX 9146                              SAN JUAN, PR  00908-0146
SAN JUAN, PR  00918-1693                 SAN JUAN PR 00908-0146


RELIABLE FINANCIAL SERVICES              SAM'S CLUB                               WFNNB
PO BOX 21382                             PO BOX 530942                            MARIANNE
SAN JUAN, PR  00928-1382                 ATLANTA, GA  30353-0942                  PO BOX 659705
                                                                                  SAN ANTONIO, TX  78265-9705


JOSE RAMON CARRION MORALES               MARILYN VALDES ORTEGA                    MAYRA IVELISSE GUADALUPE BERRIOS
PO BOX 9023884                           VALDES-ORTEGA                            CALLE 15 603
SAN JUAN, PR 00902-3884                  P O BOX 195596                           HILL BROTHER
                                         SAN JUAN, PR 00919-5596                  SAN JUAN, PR 00924-3951


MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901-1938
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)GUADALUPE BERRIOS, MAYRA IVELISSE    End of Label Matrix
                                        Mailable recipients    27
                                        Bypassed recipients     1
                                        Total                  28